Case 1:15-cv-08251-RJS Document 40-3 Filed 01/15/16 Page 1 of 6
Case 1:13-cv-07073-JGK Document 74-3 Filed 10/02/15 Page 1 of 54
ALEJANDRO RIVAS    SF

Page 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

EDMIN ALICEA,

                            Plaintiff,

    -against-             13 CV 7073 (JGK)

THE CITY OF NEW YORK, POLICE OFFICER ALEJANDRO
RIVAS (TAX 925987), DETECTIVE RICHARD BABOOLAL
(TAX 924906), AND POLICE SERGEANT FREDY CRUZ (TAX
915528),

                           Defendants.
------------------------------------------------X

        26 Court Street
        Brooklyn, New York

        August 19, 2014
        10:17 a.m.

        EXAMINATION BEFORE TRIAL of ALEJANDRO

RIVAS, a Defendant in the above-entitled action,

taken by the Plaintiff, held at the

above-mentioned time and place, pursuant to

Notice, taken before Julia C. Fernandez, a Notary

Public of the State of New York.

Case 1:15-cv-07023-JGK Document 49-3 Filed 10/21/16 Page 2 of 4
Case 1:15-cv-07023-RJS Document 49-3 Filed 10/21/16 Page 2 of 4

Page 90

ALEJANDRO RIVAS

```
 1                    RIVAS
 2      A    Where you have the mark in there and
 3  then he was coming west, he crossed the street, we
 4  got out, and we apprehended him right there.
 5      Q    Where?
 6      A    (Indicating).
 7      Q    Did you observe any other NYPD vehicles
 8  in the vicinity at that time?
 9      A    No.
10      Q    Do you know if Officer Baboolal was in a
11  vehicle that day?
12      A    No.
13      Q    Did Mr. Alicea do anything that you
14  observed that gave rise to reasonable cause for
15  you to believe that he had committed a crime?
16           MR. FARRAR: Objection.
17      A    He placed a small green object into his
18  mouth as soon as he knew we were right behind him,
19  we were very close to him. I kept on walking, as
20  I asked him to turn around so he would notice that
21  it was the police, he placed it in his mouth.
22      Q    What did you say to him?
23      A    Nothing, I just saw him place it in his
24  mouth. In my experience and the odor emanating
25  where he was at and the characteristics of the bag
```

```
 1                    RIVAS
 2   that he put in his mouth, it was marijuana.
 3        Q    How much marijuana would you say it was?
 4        A    I don't know, I can't tell you that.
 5        Q    Did anyone say anything to Mr. Alicea?
 6        A    No.
 7        Q    Did you hear Officer Arico say anything
 8   to Mr. Alicea?
 9        A    No.
10        Q    Did you hear Officer McGrath say
11   anything to Mr. Alicea?
12        A    No.
13        Q    What side of the street was Mr. Alicea
14   on when you first observed him?
15        A    The north, going west on the north side
16   of 172.
17        Q    Who made the decision to stop the
18   vehicle at the location on Broadway between 172
19   and 173?
20        A    Whoever was the operator, we just parked
21   there.
22        Q    Who got out of the vehicle first?
23        A    I don't remember.
24        Q    Did you have any physical contact with
25   Mr. Alicea?
```

Case 1:15-cv-02251-RJS Document 40-3 Filed 01/15/16 Page 4 of 6
Case 1:13-cv-07073-JGK Document 149 Filed 10/02/15 Page 26 of 54
ALEJANDRO RIVAS

Page 92

1           RIVAS
2    A    We placed him under arrest, we told him
3 to put his hands behind his back.
4    Q    Were you the only person that had
5 physical contact with Mr. Alicea at the scene of
6 the arrest?
7    A    I believe the other officers too but I
8 don't remember who did what.
9    Q    Who first had physical contact with Mr.
10 Alicea?
11   A    Who saw him first?
12   Q    You were with Officer McGrath and
13 Officer Arico?
14   A    Yes.
15   Q    Out of the three of you who first made
16 contact with Mr. Alicea?
17   A    I believe it was me, I was the one who
18 observed it. I don't know what they observed but
19 I observed it and we placed him under arrest.
20   Q    What was the first physical contact that
21 you had with Mr. Alicea?
22   A    I told him to put his hands behind his
23 back and placed him under arrest, that was it.
24   Q    Which part of your body first made
25 contact with Mr. Alicea?

Case 1:13-cv-07073-JGK Document 140-3 Filed 10/02/15 Page 5 of 6
Case 1:15-cv-02251-RJS Document 45-3 Filed 01/15/16 Page 35 of 54
ALEJANDRO RIVAS

Page 99

```
 1                    RIVAS
 2      A    No.
 3      Q    At that precinct?
 4      A    No.
 5      Q    Did you observe Mr. Alicea's hands and
 6  wrists at any time after you had handcuffed him?
 7      A    I don't remember but he was not
 8  complaining.
 9      Q    After you handcuffed Mr. Alicea what was
10  your destination?
11           MR. FARRAR:  Objection.
12      A    The 33rd Precinct.
13      Q    Did you make any stops along the way?
14      A    No.
15      Q    You headed straight from the scene of
16  the arrest to the 33rd Precinct?
17      A    Yes.
18      Q    Did you pick up anyone else on the way?
19      A    No.
20      Q    After you arrived at the precinct what
21  was the first thing you did?
22      A    We placed him in the cells area.
23      Q    How long after arriving at the precinct
24  did you place Mr. Alicea in the cell?
25      A    A couple of minutes after we do the
```

```
 1                    RIVAS
 2   pedigree.
 3        Q    What's that?
 4        A    His name, address, belongings, whatever.
 5        Q    Do you take a picture of him at that
 6   point?
 7        A    No.
 8        Q    When does his picture get taken?
 9        A    After the online is done, fingerprints.
10        Q    So his picture is taken when you're
11   doing the fingerprints?
12        A    Yes.
13        Q    Who does that?
14        A    Anybody could do it.
15        Q    Did you recover any illegal substance or
16   item from Mr. Alicea during the course of this
17   arrest?
18        A    No.
19        Q    At any point did you recover anything
20   illegal from him?
21        A    No.
22        Q    Did you try to take Mr. Alicea to the
23   hospital at any point while he was in custody?
24        A    No, he never complained to me that he
25   wanted to go to the hospital.
```